PEOPLE *v.* HADDON
PEOPLE *v.* HINTON

1. CRIMINAL LAW—PLEA OF GUILTY—ENUMERATION OF RIGHTS.
    Simultaneously advising guilty-pleading codefendants of their constitutional rights was not error where the trial judge obtained individual responses from the codefendants.

2. CRIMINAL LAW—PLEA OF GUILTY—ENUMERATION OF RIGHTS—RIGHT TO SILENCE.
    A trial judge is not required to advise a defendant of his right to remain silent.

Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 April 20, 1971, at Lansing. (Docket Nos. 10889, 11079.) Decided May 27, 1971.

Reginald Haddon and James Hinton were convicted, on their pleas of guilty, of unarmed robbery. Defendants appeal. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendants on appeal.

REFERENCES FOR POINTS IN HEADNOTES
[1] 21 Am Jur 2d, Criminal Law §§ 486–491.
[2] 29 Am Jur 2d, Evidence §§ 555–557.

Before: Danhof, P. J., and McGregor and Quinn, JJ.

Per Curiam. These two cases were consolidated by order of this Court. The defendants and a third person pled guilty to an added count of robbery unarmed. MCLA § 750.530 (Stat Ann 1954 Rev § 28.798).

On appeal the defendants claim it was error for the trial judge to advise them simultaneously of their rights, and to fail to advise them of their right to remain silent. The judge obtained individual responses from the defendants, and he was not required to advise them of their right to remain silent, although he did so advise defendant Haddon. *People* v. *Jaworski* (1970), 25 Mich App 540, *leave to appeal granted* (1970), 384 Mich 766; *People* v. *Sepulvado* (1970), 27 Mich App 66; and *People* v. *Malcom* (1970), 27 Mich App 205. The questions sought to be reviewed are so unsubstantial as to require no argument or formal submission.

Motion to affirm is granted.